```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :      22mc3043 (DLC)
Products Liability Litigation            :      22cv8830 (DLC)
                                         :
This Document Relates To:                :      ORDER
Chapman et al. v. Walmart, Inc. et al.   :
22cv8830                                 :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 20, 2023, Johnson & Johnson Consumer Inc.'s ("JJCI") motion to dismiss this action on the ground of preemption was denied. In re Acetaminophen - ASD-ADHD Prods. Liab. Litig., No. 22md3043 (DLC), 2023 WL 3026412 (S.D.N.Y. Apr. 20, 2023). On April 27, JJCI's motion to dismiss this action for failure to plead causation and knowledge as required by Rule 8, Fed. R. Civ. P., was also denied. In re Acetaminophen - ASD-ADHD Prods. Liab. Litig., No. 22md3043 (DLC), 2023 WL 3126589 (S.D.N.Y. Apr. 27, 2023).

On May 2, JJCI moved for certification of an interlocutory appeal under 28 U.S.C. § 1292(b) of the April 20 preemption Opinion and the April 27 causation and knowledge Opinion. It is hereby

ORDERED that the plaintiffs shall file any opposition to JJCI's motion by **May 24, 2023**. A reply, if any, shall be filed by **June 7, 2023**. At the time any brief is filed, the filing party shall supply Chambers with two (2) courtesy copies of its

1

papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         May 3, 2023

                                           _____
                                              DENISE COTE
                                     United States District Judge